SCANNED at WVCF and Emailed on
10-15-24 by NS - 30 pages.
(date) (initials) (num)

(Pg. 1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
10/15/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

James E. Phillips,
                Plaintiff,

vs.

Padgett
Koziatek
Lettles
                Defendant,

Case No.: 2:24-cv-00497-JRS-MJD
(TO BE SUPPLIED BY THE CLERK)

(Enter above the full name of the
Defendant(s) in this action.)

"Verified Complaint"

"Verified"
COMPLAINT

I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

   Name James E. Phillips
   Identification Number 106333
   Address Wabash Valley Correctional Facility
   6908 S. Old U.S. Hwy. 41, Carlisle, IN, 47838

B. Defendant(s)

   Name Padgett
   Title Sergeant
   Address Wabash Valley Correctional Facility
   6908 S. Old U.S. Hwy. 41 Carlisle, IN, 47838

   Name Koziatek
   Title Sergeant
   Address Wabash Valley Correctional Facility
   6908 S. Old U.S. Hwy. 41, Carlisle, IN, 47838

BK3

(Pg. 2)

Name Leffler

Title Lieutenant

Address Wabash Valley Correctional Facility
6908 S. old U.S. Hwy. 41, Carlisle, In, 47838

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because  Im Housed in Carlisle Indiana,

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

N/A

## IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u> If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

(Pg. 3)

Ground 1: Defendants Padgett, Kozicterc, and Leffler violated my First, Eighth, and Fourteenth Amendment rights when they were deliberate indifferent, Lied and wrote False Conduct-Reports because Plaintiff exercised his right of Free speech through Grievance complaints and civil Complaint Filings, when they abridged Plaintiff exercises his right of free speech, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances, when they punished and retaliated against Plaintiff to censor and or silence his

Ground 2: Protected speech that criticized them, Prison conditions, Prison Personnel or offend them in some way, when they Impeded and frustrated Plaintiff's Privileged correspondence's freedom from censorship, when they retaliated because of Plaintiff's threat to take a constitutionally Protected action, when they retaliated for speech, when they put an unconstitutional chill on Plaintiff's Grievance complaints and civil complaints and Plaintiff's First Amendment rights by making False statement in False Conduct report Filings as an Act of retaliation, when they denied Plaintiff's right

Ground 3: to be free from Interference with court access, and when they denied Plaintiff's right to be free from Retaliation for using the court system. All Defendants denied Plaintiff of ordinary firmness in the exercise of his constitutional rights. Eighth Amendment Deliberate indifference, and Fourteenth Amendment rights of equal protection, Due Process violations, Denial of Due Process of Truthful and Impartial decision making, discrimination through retaliation and Racial Profiling and not treating Plaintiff the same as Prisoners that were similarly situated.

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

On 5/14/24, 6/17/24, and 7/12/24 Plaintiff filed 3 separate civil lawsuits in which Defendant Padgett Leffler was listed as a Defendants based on Deliberate indifference claims. The civil lawsuit that was filed on 5/14/24 case No. is: 2:24-cv-00190-JPH-MJD; the civil lawsuit that was filed on 6/17/24 case No is: 2:24-cv-00313-MPB-MJD, and the civil lawsuit that was filed on 7/12/24 case No. is: 2:24-cv-00354-JPH-MJD. From 5/14/24 up until 8/28/24 Plaintiff begin to be targeted, singled out, harassed, and retaliated against by Defendants Padgett and Leffler due to filing these civil-

BK3

(Pg. 4)

lawsuits that they were listed as Defendants. On 8/28/24 Plaintiff was having problems and issues with his Food Trays as well as Plumbing and Electrical Fixtures inside of his cell and Plaintiff requested to see and speak with a supervising officer. Plaintiff's request was Granted and when the supervising officers arrived it was Defendants Padgett and Koziatek who are both sergeants and who are officers that Plaintiff has civil law-suits and grievance complaints filed against that were pending. Defendant Padgett said to Defendant Koziatek: "This is the Nigger that filed lawsuits against me" and Defendant Koziatek said: "Yeah this Nigger Filed Grievances against me." Plaintiff warned both officers that he would indeed File additional Grievances and lawsuits if they continued to refer to Plaintiff as a "Nigger" and Defendant Padgett said: "This Nigger just threatened us" and both Defendants threatened to write Plaintiff a False Conduct Report for threatening to kill and stabb them. Plaintiff again warned both Defendants that he would file Grievances and lawsuit against them for writing a false conduct Report and both Defendants said: "Nigger File them", "It's our word against your word". On 9/5/24 Plaintiff received notice that Defendant Padgett and Koziatek had written 2 False Conduct Reports against Plaintiff one for assault and one for threatening. Plaintiff requested video footage and witness statements to support his innocence and recieved a witness statement from Prisoner Rodrigo (# 205104) Medrano who was housed in cell B-708 which is the cell Next to Plaintiff's. After collecting witness statements, reviewing video footage, and investigating Defendants Padgett's and Koziatek's Conduct Report claims a hearing was set on 9/13/24. On 9/13/24 the hearing officers determined that Defendants Padgett and Koziatek lied about Plaintiff's cell location and lied about the allegations that was made in the conduct Report pertaining to threatening to kill them and the conduct Report was dismissed based on both Defendants lying about Plaintiff's cell location and based on Prisoner Rodrigo Medrano witness statement. When Threatening Conduct Report - WVC-24-08-002070 was dismissed Plaintiff exhausted all administrative Remedies and Fulfilled PLRA standards. Plaintiff further exhausted administrative Remedies when he filed Grievances and the Grievance Specialist confirmed that conduct report issues should be addressed through DR's Appeal and there was no need to appeal due to that conduct Report being dismissed. Despite that fact, Plaintiff filed additional Grievance complaints pertaining to the circumstances surrounding the incidents involving the 2 false conduct Reports that Defendants Padgett and Koziatek wrote against Plaintiff which were assault and threatening while those conduct Reports were pending and Defendant Leffler lied in the Grievance responses for Grievances # 24-186504 and 198324 to incorporate and perpetuate Defendants Padgett and Koziatek false conduct Report that was dismissed on 9/13/24. (Next Page →)

BK3

(Pg.5)

When defendant Leffler was contacted by the Grievance Specialist and questioned about defendants Padgett's and Koziatek's actions in False Conduct Reports; defendant Leffler was made of an objectively cruel condition and failed to act to remedy it when he lied in his grievance responses to incorporate and perpetuate defendants Padgett's and Koziatek's False Conduct Report that was dismissed on 9/13/24. The fact that the conduct report was dismissed on 9/13/24 establish, confirm, and prove that defendant Leffler lied and and also establish, confirm, and prove defendant Leffler's deliberate indifference. Plaintiff has submitted a copy of the dismissed False Conduct Report, copies of Grievance complaints #24-188568 and #24-188329, and False Conduct Report Grievance complaint as well as statement from Grievance Board and Grievance Specialist and witness statement with this civil complaint filing, as proof of exhaustion of administrative remedies. Plaintiff's proof of exhaustion are in the form of copies that are submitted with this civil complaint combined with Plaintiff's assertion of exhaustion in this civil complaint is sufficient proof of exhaustion according to Wright v. Dee, 54 F.Supp. 2d 199, 206 (S.D.N.Y. 1999). According to Sweet v. Wende Correctional Facility, 253 F.Supp. 2d 492, 496 (W.D.N.Y. 2003) Mitchell v. Horn, 318 F.3d 523, 531 (3d Civ. 2003) and Livingston v. Piskor, 215 F.R.D 84, 86-87 (W.D.N.Y. 2003) Plaintiff Exhausted administrative remedies when the conduct report was dismissed. Protected speech was the motivation for all defendants retaliation due to Plaintiff having lawsuits and Grievance complaints filed against all defendants individually and or combined. All defendants violated Plaintiff's First Amendment rights when False conduct report were wrote because Plaintiff exercised his right of free speech through Grievance complaint and civil complaint filings, when they abridged Plaintiff's freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances, when they punished and retaliated against Plaintiff to censor and/or restrict his protected speech that criticized them, prison conditions, Prison personnel or offend them in some way, when they Impeded and Frustrated Plaintiff's privileged correspondence's freedom from censorship, when they retaliated because of Plaintiff's threat to take a constitutionally protected action, when they retaliated for speech, when they put an unconstitutional chill on Plaintiff's Grievance complaints and Civil complaints

BK3

(pg. 6)

and Plaintiff's First Amendment rights by making false statements in false conduct reports filings as an act of retaliation, when they denied Plaintiff's right to be free from interference with court access, and when they denied Plaintiff's right to be free from retaliation from using the court system. All Defendants Plaintiff of ordinary firmness in the exercise of his constitutional rights. All Defendants violated Plaintiff's Eighth Amendment rights when they knew of an objectively cruel condition and failed to act to remedy it for retaliatory purposes and due to then the Defendants themselves creating that objectively cruel condition that violated Plaintiff's First, Eighth, and Fourteenth amendment rights. Due to any Defendant being aware of an objectively cruel condition and failed to act to remedy it they are all Deliberate Indifferent and deliberately indifferent to Plaintiff's right to be free from retaliation for using the courts and using protected speech and Plaintiff's right to be free from retaliation and discrimination. All Defendant violated Plaintiff's Fourteenth Amendment rights under equal protection when they denied Plaintiff's Liberty interest of due process of truthful and impartial decision making, when Plaintiff was called a "Nigger", when they discriminated against Plaintiff through retaliation, and when they did not treat Plaintiff the same as Prisoners that were similarly situated. Plaintiff is suing all Defendants in their individual and official capacities for First, Eighth, and Fourteenth Amendment right violations for injunctive relief as well as compensatory and punitive damages and due to Plaintiff's civil complaint being a "Verified Civil Complaint" Plaintiff's sworn statements in this verified civil complaint as well as the dismissed conduct report and grievances within are to be considered and acknowledged as True and Correct and is sufficient evidence for summary judgment to be granted in Plaintiff's favor according to Hart v. Hairston, 343 F.3d 762, 765 (5th Cir. 2003).

(Pg. 7)

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

I'm suing all defendants One Hundred and Twenty Five Thousand Dollars ($125,000) in compensatory damages and One Hundred and Twenty Five Thousand Dollars ($125,000) in Punitive damages for a total of Two Hundred and Fifty thousand Dollars ($250,000) in combined damages and for the injunctive relief of the Defendants to Pay all of Plaintiff's Filing Fees, Attorney Fees, Appeal Fees, Court Costs, taxes on Awarded Monetary Damages, and Postal Fee and or any Fee encountered in this Civil Complaint Filing.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this ___6th___ day of ___October___, 20_24_.

_____
Plaintiff

[Notary Seal: DANA M. SKINNER, NOTARY PUBLIC, STATE OF INDIANA, MY COMMISSION EXPIRES 01-10-30, COMMISSION NUMBER NP0738394]

Dana M. Skinner
Sullivan

BK3

(Request, Declaration, and Notice of Verified Complaint)
(pgs)
or
and

## AFFIDAVIT

I, James E. Phillips, under the penalty of perjury, state the following:

I, the Plaintiff in the aforementioned cause and civil complaint, do affirm that I have read all of the statements, arguments, and claims contained in this civil complaint and that I believe them to be true and correct to the best of my personal knowledge and belief to be used and acknowledged as a verified civil complaint.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on this 6 day of October, 20 24.

_____
Signature of Affiant

Subscribed and sworn to me this 06 day of Oct., 20 24.

_____
Notary Public

My Commission Expires:
01/10/2030
(month) (day) (year)

My County of Residence:
Sullivan

[WVCF A-1]

1